IN THE MATTER OF THE APPLICATION OF
ROBERT S. FRANK FOR ISSUANCE OF WRIT OF
HABEAS CORPUS.

Argued December 18, 1967—Decided January 8, 1968.

*Mr. Stephen Smith* for appellant (*Messrs. Egan, O'-Donnell, Hanley & Clifford,* attorneys).

*Mr. James M. Kenihan,* Assistant Prosecutor, for respondent (*Mr. Frank C. Scerbo,* Morris County Prosecutor, attorney).

The opinion of the court was delivered

PER CURIAM. This case involves the legal propriety of the Governor's warrant for the extradition of Robert S. Frank to the State of Texas. The County Court sustained his action and the Appellate Division affirmed.

We have examined the record and agree that no basis for intervention by the judicial branch of the government has been shown.

Affirmed.

_____

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For reversal*—None.